# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————————

No. 1D18-3735

—————————————————————

AMAH WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————————

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

August 2, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE, and OSTERHAUS, JJ., concur.

—————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————————

Amah Walker, pro se, Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.